UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED
JAN 0 4 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

No. 7:06-M-48

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) ORDER ALLOWING DISMISSAL OF <br> ) CRIMINAL INFORMATION AND <br> ) WITHDRAWAL OF ARREST WARRANT |
| MELISSA D. FELTY | ) |

Leave of court is granted for the filing of the foregoing dismissal.

1-4-2011
DATE:

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE